

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:        01-11-00822-CR

Trial Court Cause
Number:        10CR1217

Style:        Thomas Wayne Florence

        **v** The State of Texas

Date motion filed[*]:    September 23, 2013

Type of motion:    Miscellaneous motion

Party filing motion:    Appellant, Thomas Florence

Document to be filed:

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually   ☐ Acting for the Court

Panel consists of  Justices Keyes, Higley, and Bland

Date: October 8, 2013